AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAY 14 PM 3:18
CLERK C. Robinson
SO. DIST. OF GA.

MARY ELIZABETH NOLAND

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19cv113

SEAN DEVETTER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated May 7, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES Plaintiff's Complaint and DENIES in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_May 14, 2020_
Date

Scott L. Poff
Clerk

_Megan Garcia_
(By) Deputy Clerk

GAS Rev 10/1/03