

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:55 am, Jun 01, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

MARY ELIZABETH NOLAND                  *
                                       *
     Plaintiff,                    *     CIVIL ACTION NO.: 2:19-cv-113
                                       *
     v.                            *
                                       *
SEAN DEVETTER, et al.,                 *
                                       *
     Defendants.                   *

## O R D E R

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation.  Dkt. No. 12. The Court has already adopted the Magistrate Judge's Report and Recommendation and entered judgment closing this case.  Dkt. Nos. 10, 11.  While Plaintiff's Objections are untimely, she has submitted documentation indicating she attempted to file timely objections.  Dkt. Nos. 12-1, 12-2.  However, Plaintiff's Objections are not responsive to the Report and Recommendation and are **OVERRULED.**  The Court's May 7, 2020 Order remains the

Order of the Court, and this case remains **CLOSED**.   Dkt. Nos. 10, 11.

      **SO ORDERED**, this _____24_____ day of ____May____, 2020.

                           _____

                           HON. LISA GODBEY WOOD, JUDGE
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)