FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:31 am, Jul 14, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MARY ELIZABETH NOLAND | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-113 |
| | * | |
| v. | * | |
| | * | |
| SEAN DEVETTER, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER

Presently before the Court are Plaintiff's second untimely Objections to the Magistrate Judge's Report and Recommendation. Dkt. No. 14. The Court has already adopted the Magistrate Judge's Report and Recommendation, entered judgment closing this case, and considered Plaintiff's first set of Objections. Dkt. Nos. 10, 11, 12, 13. Plaintiff's latest Objections are untimely, though she references her attempts to file timely objections. Dkt. No. 14, pp. 4-5. However, Plaintiff's second Objections are not responsive to the Report and Recommendation and are **OVERRULED**. The Court's May 7, 2020 Order remains the

AO 72A
(Rev. 8/82)

Order of the Court, and this case remains **CLOSED**. Dkt. Nos. 10, 11.

    **SO ORDERED**, this \_\_\_14\_\_\_ day of \_\_\_July_____, 2020.

                                      HON. LISA GODBEY WOOD, JUDGE
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)